**Cecil DOLIN, Plaintiff–Appellant,**

v.

**TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN AND TRUST, Defendant–Appellee.**

No. 02–2445.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2003.

Decided Oct. 8, 2003.

Charles F. Donnelly, Mark W. Carbone, Donnelly & Carbone, P.L.L.C., Charleston, West Virginia, for Appellant. Glenda S. Finch, Deputy General 9B Michele Schoeppe, Senior Associate 9B United Mine Workers of America, Washington, D.C., for Appellee.

Before WILKINSON, LUTTIG and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Cecil Dolin appeals the district court's order and order on reconsideration granting summary judgment in favor of the Trustees in this action for disability pension benefits under the United Mine Workers of America 1974 Pension Plan and Trust. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dolin v. Trustee of the UMWA,* No. CA–02–224–2 (S.D. W. Va. Nov. 1, 2003; Nov. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*